```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 05601
   THOMAS G STUMP
   KIMBERLY A STUMP                           CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7206    SSN XXX-XX-2452
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/18/05 and confirmed on 04/08/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 101972.88 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS BANK | SECURED | 22400.00 | 2429.17 | 22400.00 |
| NUVELL CREDIT COMPANY LL | SECURED | 22400.00 | 2429.17 | 22400.00 |
| OSWEGO COMMUNITY BANK | SECURED | 8800.00 | 954.33 | 8800.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1309.00 | .00 | 1309.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2197.47 | .00 | 2197.47 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 330.18 | .00 | 330.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 389.35 | .00 | 389.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 570.19 | .00 | 570.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 409.80 | .00 | 409.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5063.96 | .00 | 5063.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1589.76 | .00 | 1589.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7015.90 | .00 | 7015.90 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 842.46 | .00 | 842.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 801.59 | .00 | 801.59 |
| ECAST SETTLEMENT CORP | UNSECURED | 661.86 | .00 | 661.86 |
| RESURGENT CAPITAL SERVIC | FILED LATE | .00 | .00 | .00 |
| RESURCENT CAPITAL SERVIC | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 417.88 | .00 | 417.88 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 531.12 | .00 | 531.12 |
| ROUNDUP FUNDING LLC | UNSECURED | 1361.12 | .00 | 1361.12 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 110.76 | .00 | 110.76 |
| CITIZENS BANK | UNSECURED | 3338.31 | .00 | 3338.31 |

```
NUVELL CREDIT COMPANY LL UNSECURED         7426.05              .00      7426.05
OSWEGO COMMUNITY BANK    UNSECURED - C      122.50              .00       122.50
RESURGENT CAPITAL SERVIC UNSECURED          387.64              .00       387.64
    Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   53600.00     1309.00     33445.40      122.50     88476.90
PRINCIPAL PAID       53600.00     1309.00     33445.40      122.50     88476.90
INTEREST PAID         5812.67          .00          .00          .00    5812.67
TOTAL PAID           59412.67     1309.00     33445.40      122.50     94289.57
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   4376.80 .

Refunds to the Debtor totaled $    606.51 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
      CASE NO. 05 B 05601 THOMAS G STUMP & KIMBERLY A STUMP